# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

David Robert Kelly
Breazeale, Sachse & Wilson
P. O. Box 3197
Baton Rouge LA 70821

Thomas Richard Temple, Jr.
Breazeale, Sachse & Wilson
301 Main St, # 2300
Baton Rouge LA 70801

Chris D. Billings
Breazeale, Sachse & Wilson
P. O. Box 3197
Baton Rouge LA 70821-3197

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 3, 2023

## REHEARING ACTION: May 3, 2023

**Docket Number: CW 21-369 consolidated with CA 21-757**

**DENNIS GIBSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**
**VERSUS**
**NATIONAL HEALTHCARE OF LEESVILLE, INC., D/B/A BYRD REGIONAL HOSPITAL**

**Writ Application from Vernon Parish Case No. 93,228 B**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Candyce G. Perret**
    **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **National Healthcare of Leesville, Inc.** has this day been

    **DENIED.**

cc: J. Lee Hoffoss, Jr., Counsel for the Respondent
    Donald Wayne McKnight, Counsel for the Respondent
    Scott R. Bickford, Counsel for the Respondent
    Lawrence J. Centola, III, Counsel for the Respondent
    Derrick G. Earles, Counsel for the Respondent
    Edwin Dunahoe, Counsel for the Respondent
    Jared Dunahoe, Counsel for the Respondent